65871. BALDWIN et al. v. UNIROYAL, INC.

POPE, Judge.

The issue raised by appellants' enumeration of error has been decided adversely to them in *Hoxie v. Americus Auto. Co.,* 73 Ga. App. 686 (2) (37 SE2d 808) (1946). Accord, *Lindsey v. Samoluk,* 236 Ga. 171 (223 SE2d 147) (1976); *Parker Plumbing &c. Co. v. Kurtz,* 225 Ga. 31 (165 SE2d 729) (1969).

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

DECIDED MAY 4, 1983.

*Robert L. Goldstucker, William A. McConnell, Jr.,* for appellants.
*David M. Brown, Joyce B. Klemmer,* for appellee.